UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROQUE ALVAREZ, GONZALO GARCIA
TORIBIO, ROLANDO PONCIANO, and
LUCIANO PONCIANO,

                          JUDGMENT

           Plaintiffs,                  19-CV-1333 (EK) (SMG)

   v.

B10 LLC, GEORGE DELLIS, GEORGE
TZANIDIKIS, and GEORGE RODAS,

           Defendants.
-----------------------------------------------------------------X

       An Order of the Honorable Eric R. Komitee, United States District Judge, having been filed on April 10, 2020, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated March 3, 2020, granting the motion; and approving the settlement agreement; it is

       ORDERED and ADJUDGED that the motion is granted; and that the settlement is approved.

Dated: Brooklyn, New York                                  Douglas C. Palmer
       April 10, 2020                                          Clerk of Court

                                                         By:    /s/ Alicia Guy
                                                                   Deputy Clerk